UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. NO. 3:00CR263(JCH) |
| | : | |
| vs. | : | |
| | : | |
| CEDRIC BURDEN, | : | |
|     a/k/a "Sid" | : | March 16, 2005 |

**MOTION TO DISMISS COUNT NINE**
**OF THE THIRD SUPERSEDING INDICTMENT**

      The United States of America, by and through the undersigned Assistant United States Attorney, moves to dismiss Count Nine of the Third Superseding Indictment as against the defendant CEDRIC BURDEN only, which count charges the defendant with conspiracy to commit murder in aid of racketeering in violation of 18 U.S.C. § 1959(a)(5).

WHEREFORE, the government requests that the Court dismiss Count Nine of the Third Superseding Indictment.

Respectfully requested,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/
ROBERT M. APPLETON
SUPERVISORY ASSISTANT U.S. ATTORNEY
Fed. Bar No. ct05112


/s/
BRIAN E. SPEARS
ASSISTANT U.S. ATTORNEY
Fed. Bar. No. ct14240


/s/
STEPHEN B. REYNOLDS
ASSISTANT U.S. ATTORNEY
Fed. Bar No. ct19105
UNITED STATES ATTORNEY'S OFFICE
915 Lafayette Boulevard
Bridgeport, CT  06604
(203)696-3000

**Certificate of Service**

_____This is to certify that a copy of the above and foregoing was forwarded on this 16th day of March 2005 to:

Salvatore J. Petrella, Esq.
558 Main Street
Cromwell, CT 06416

Honorable Janet C. Hall (via hand-delivery)
United States District Judge
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06601

/s/_____
Brian E. Spears
Assistant U.S. Attorney