# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

**JUDGMENT OF ACQUITTAL**

**V.**

CASE NUMBER: 3:00cr263-37JCH

**CEDRIC BURDEN**

The Defendant was found not guilty on Count 11 by a jury on February 11, 2003.

IT IS SO ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 11 only.

_____/s/Janet C. Hall_____
Signature of Judicial Officer

Janet C. Hall, United States District Judge
Name and Title of Judicial Officer

April 13, 2005
Date