FILED

2005 JUN 30 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:00CR00263(JCH) |
| vs. | : | |
| CEDRIC BURDEN | : | JUNE 29, 2005 |

### MOTION FOR RETURN OF PROPERTY

Pursuant to Rule 47 of the Federal Rules of Criminal Procedure, Cedric Burden, through Counsel, respectfully moves for a return of property following the disposition of the criminal charge against the former defendant.

In support of said motion, it is represented that:

1. On or about November 19, 2003, a mortgage deed was provided to the United States District Court Clerk as part of the surety bond package ordered by the Court, allowing for the defendant's release from custody while awaiting a new trial.

2. On March 21, 2005, the last remaining criminal charge against the defendant was dismissed by the Court upon motion of the Government.

3. Therefore, it is requested that the executed mortgage deed be returned to the undersigned counsel, along with a properly executed release from the government, so the release may be filed on the land records for the City of Norwalk, Connecticut to clear title to the encumbered property.

Respectfully Submitted

DEFENDANT CEDRIC BURDEN

BY: *[signature]*

Salvatore J. Petrella
Attorney for the Defendant
558 Main Street, Cromwell, CT 06416
(860) 632-8300
Fed. Bar No. ct 15955

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion for Return of Property, has been mailed on this 29th day of June, 2005, to the Supervisory Assistant United States Attorney, Office of the United States Attorney, 915 Lafayette Street, Bridgeport, CT 06604

*[signature]*
Salvatore J. Petrella