UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: 3:00cr00263(JCH) |
| | : |
| CEDRIC BURDEN | : July 5, 2005 |

**<u>GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PROPERTY</u>**

The Government has no objection to defendant Cedric Burden's Motion for Return of Property, dated June 29, 2005, or to the release of any property held by the Clerk's office as part of the surety bond package previously ordered by the Court. The Government requests that the Court direct the Clerk's office to supply the Government with any release form filed with the package so that the Government may have it formally executed and returned to counsel for the defendant.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FED. BAR NO. ct26654
UNITED STATES ATTORNEY'S OFFICE
915 Lafayette Boulevard
Bridgeport, CT  06601
(203)696-3000

## C E R T I F I C A T I O N

A copy of the foregoing Government's Response to Motion for Return of Property has been served by first-class mail this 5th day of July, 2005 on:

Salvatore J. Petrella, Esq.
558 Main St.
Cromwell, CT 06416

/s/_____
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY