**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**FILED**
2005 DEC -6  A 11: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

December 1, 2005

Salvatore J. Petrella
558 Main Street
Cromwell, CT 06416

Re:   3:00cr263 JCH
      US v. Boyd, et al
      Defendant Cedric Burden

Dear Counselor:

Pursuant to the Order of the Court entered on 7/12/05, I am returning the Mortgage Deed as to Cedric Burden to you in the above-identified case.

Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

Kevin F. Rowe, Clerk

By _____
Chrystine W. Cody
Deputy Clerk

cc: AUSA Peter Markle
    AUSA Paul Murphy

RECEIPT ACKNOWLEDGED: _Salvatore J Petrella_

DATE: _December 2, 2005_